UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 2:14-CR-30 |
| MICHAEL KARLBERG | : |

### INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about June 29, 2010, in the District of Vermont, MICHAEL KARLBERG, the defendant, knowingly received any visual depiction, namely, the following video file:

STICKAM not SMOTRI COM 2009 brittney- With Dog.avi

that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

(18 U.S.C. § 2252(a)(2))

## COUNT TWO

The Grand Jury further charges:

On or about October 6, 2010, in the District of Vermont, MICHAEL KARLBERG, the defendant, knowingly received any visual depiction, namely, the following image files:

img_0438.jpg

img_0447.jpg

img_0448.jpg

that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

(18 U.S.C. § 2252(a)(2))

## COUNT THREE

The Grand Jury further charges:

On or about April 22, 2013, in the District of Vermont, MICHAEL KARLBERG, the defendant, did knowingly possess at least one matter which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. § 2252(a)(4))

A TRUE BILL

███████████████
FOR████████████

_____ (BAM)
TRISTRAM J. COFFIN
United States Attorney

Burlington, Vermont
February 20, 2013